IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANETTA PETERSON<br>　　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. |
| MARCUS CAMPBELL; AND<br>INTERMODAL CARTAGE CO., LLC<br>　　*Defendant.* | §<br>§<br>§<br>§ | |

## NOTICE OF REMOVAL TO DEFENDANT MARCUS CAMPBELL

Please take notice of the civil action, in which you are a Defendant, brought on March 22, 2021, in the 162nd Judicial District Court, Dallas County, Texas, entitled *Shanetta Peterson v. Marcus Campbell and Intermodal Cartage Co., LLC;* Cause No. DC-21-03661, has been removed from that court to the United States District Court for the Northern District of Texas, Dallas Division, effective today, April 1, 2021.  On this day, a Notice of Removal, a copy of which is attached, was filed with the clerk of the United States District Court, and a copy of that Notice of Removal has been filed with the Clerk of the state court, effecting removal pursuant to 28 U.S.C. section 1446.

Respectfully submitted,

By: /s/ *David L. Sargent*
    **DAVID L. SARGENT**
    State Bar No. 17648700
    david.sargent@sargentlawtx.com

**SARGENT LAW, P.C.**
1717 Main Street, Suite 4750
Dallas, Texas 75201-7346
(214) 749-6516 (direct – David Sargent)
(214) 749-6316 (fax – David Sargent)

**ATTORNEYS FOR DEFENDANT**
**INTERMODAL CARTAGE CO., LLC**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of April 2021, a true and correct copy of the foregoing document was forwarded via U.S. Mail to:

| | |
|---|---|
| Rob Loar | Marcus Campbell |
| Shelly Greco | 794 Catalina Drive |
| Witherite Law Group, PLLC | Lancaster, Texas 75146 |
| 10440 N. Central Expressway, Suite 400 | *Defendant* |
| Dallas, Texas 75231-2228 | |
| *Counsel for Plaintiff* | |

    /s/ *David L. Sargent*
    **DAVID L. SARGENT**

2103793  v.1
9000/00001